Elliot Rosenberger (CA SBN 298837)
Law Office of Elliot Rosenberger
3435 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90010
Telephone: (310) 894-6921
Facsimile: (424) 270-2610
Email: elliot@rosenberger.law

B. Makoa Kawabata (CA SBN 300450)
Law Office of B. Makoa Kawabata
10866 Washington Boulevard #3000
Culver City, California 90232
Telephone: (213) 534-6446
Email: makoa@kawabata.law

Attorneys for Plaintiff
David Lee

Thomas F. Landers (CA SBN 207335)
　tlanders@swsslaw.com
Mei-Ying M. Imanaka (CA SBN 280472)
　mimanaka@swsslaw.com
Solomon Ward Seidenwurm & Smith, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Telephone: (619) 231-0303
Facsimile: (619) 231-4755

Attorneys for Defendant
Kimball, Tirey & St. John LLP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Lee, *on behalf of himself and all others similarly situated*,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kimball, Tirey & St. John LLP,<br><br>　　　　Defendant. | Case No. 2:21-cv-04537 GW (MRWx)<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1
NOTICE OF DISMISSAL

161134

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in this matter, through their undersigned counsel, stipulate and agree to voluntarily dismiss this matter with prejudice as to Plaintiff and without prejudice as to the unnamed putative class members, with each party to bear its own costs and attorneys' fees.

DATED: December 2, 2021   LAW OFFICE OF ELLIOT ROSENBERGER

By: /s/ Elliot Rosenberger
Elliot Rosenberger
Attorney for Plaintiff

DATED: December 2, 2021   LAW OFFICE OF B. MAKOA KAWABATA

By: /s/ B. Makoa Kawabata
B. Makoa Kawabata
Attorney for Plaintiff

DATED: December 2, 2021   SOLOMON WARD SEIDENWURM & SMITH, LLP

By: /s/ Thomas F. Landers
Thomas F. Landers
Mei-Ying M. Imanaka
Attorney for Defendant