UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| David Lee, *on behalf of himself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>Kimball, Tirey & St. John LLP,<br><br>Defendant. | Case No. 2:21-cv-04537 GW (MRWx)<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The parties, having stipulated to the dismissal of this action with prejudice as a result of a settlement between the parties, and the parties further having stipulated that each party to this action will bear his and its own attorneys' fees and costs, the Court hereby **GRANTS** the stipulation to dismiss the action with prejudice as to Plaintiff David Lee and without prejudice as to the unnamed putative class members and that each party will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: December 2, 2021

Hon. George H. Wu
United States District Judge

161135

ORDER